1  Kimberly P. Stein, Esq.
   Nevada Bar No. 8675
2  **FLANGAS LAW GROUP**
   3275 S. Jones Blvd., Suite 105
3  Las Vegas, NV 89146
   Email: kps@fdlawlv.com
4  Telephone: (702) 307-9500
   *Counsel for Defendants*
5  *Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger,*
   *Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant*
6  *Marathon Digital Holdings Inc.*

7  [Additional Counsel on Signature Block]

8
                        **UNITED STATES DISTRICT COURT**
9                            **DISTRICT OF NEVADA**

10 STEVE   HOOD,   derivatively   on   behalf   of | Case No.:  2:23-cv-01055-RFB-BNW
   MARATHON DIGITAL HOLDINGS, INC.,              |
11                                               | **STIPULATION AND [PROPOSED]**
            Plaintiff,                           | **ORDER CONSOLIDATING RELATED**
12                                               | **ACTIONS**
   v.                                            |
13                                               |
   FREDERICK G. THIEL, MERRICK                   |
14 OKAMOTO, SIMEON SALZMAN, HUGH J.              |
   GALLAGHER, GEORGES ANTOUN, KEVIN             |
15 A. DENUCCIO, SARITA JAMES, JAY                |
   LEUPP, SAID OUISSAL and DOUG                  |
16 MELLINGER,                                    |
                                                 |
17          Defendants,                          |
                                                 |
18          and                                  |
                                                 |
19 MARATHON DIGITAL HOLDINGS, INC.,              |
                                                 |
20          Nominal Defendant.                   |
   ──────────────────────────────────           |
21 GARY KONIGSBERG, derivatively on behalf       | Case No.:  2:23-cv-01075-CDS-DJA
   of MARATHON DIGITAL HOLDINGS, INC.,          |
22                                               |
            Plaintiff,                           |
23                                               |
   v.                                            |
24                                               |
   FRANK G. THIEL, MERRICK OKAMOTO,              |
25 SIMEON SALZMAN, HUGH J.                        |
   GALLAGHER, GEORGES ANTOUN, KEVIN             |
26 A. DENUCCIO, SARITA JAMES, JAY                |
   LEUPP, SAID OUISSAL, and DOUG                 |
27 MELLINGER,                                    |
                                                 |
28          Defendants,                          |

                                        1

1   and

2   MARATHON DIGITAL HOLDINGS, INC.,

3         Nominal Defendant.

4

5   **WHEREAS**, on July 8, 2023, plaintiff Steve Hood filed a shareholder derivative action on

6   behalf of Nominal Defendant Marathon Digital Holdings, Inc. ("Marathon" or the "Company") in

7   this Court making claims for breaches of fiduciary duty, unjust enrichment, waste of corporate assets,

8   and violations of Sections 14(a) of the Securities and Exchange Act of 1934 (the "Exchange Act")

9   against defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp,

10  Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel (collectively, the

11  "Defendants"), and   for contribution under Sections 10(b) and 21D of the Exchange Act against

12  certain of the Defendants, captioned *Hood v. Thiel et al.,* Case No. 2:23-cv-01055-RFB-BNW (the

13  "*Hood"* Action") (*Hood* Action ECF No.1);

14  **WHEREAS**, on July 12, 2023, plaintiff Gary Konigsberg (together with plaintiff Steve Hood,

15  "Plaintiffs") filed a shareholder derivative action on behalf of Nominal Defendant Marathon against

16  the same defendants named in the Hood Action alleging the same facts as the *Hood* Action and making

17  the same claims for violations of Section 14(a) of the Exchange Act and breaches of fiduciary duty

18  against the Defendants as the Hood Action, captioned *Konigsberg v. Thiel et al.,* Case No. 2:23-cv-

19  01075-CDS-DJA (the "*Konigsberg* Action," and together with the *Hood* Action, the "Derivative

20  Actions") (*Konigsberg* Action ECF No.1);

21  **WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or

22  fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2)

23  consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

24  **WHEREAS**, Plaintiffs and Defendants (the "Parties") in the Derivative Actions agree that the

25  Derivative Actions are brought on behalf of the same corporation and challenge the same alleged

26  conduct by the same defendants and involve the same questions of law and fact, and that the

27  administration of justice would best be served by consolidating the Derivative Actions; and

28  **WHEREAS** this stipulation is not a waiver of any of the Parties' right, remedies, claims or

defens;

**IT IS ACCORDINGLY STIPULATED AND AGREED** by and between the Parties through

their authorized attorneys, as follows:

1.     The following actions (the "Related Derivative Actions") are hereby consolidated for

all purposes, including pre-trial proceedings and trial, under Case No.: 2:23-cv-01055-RFB-BNW (the

"Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Hood v. Thiel et al.,* | 2:23-cv-01055-RFB-BNW | July 8, 2023 |
| *Konigsberg v. Thiel et al.,* | 2:23-cv-01075-CDS-DJA | July 12, 2023 |

2.     Every pleading filed in the Consolidated Action, or in any separate action included

herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
| --- | --- |
| IN RE MARATHON DIGITAL HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 2:23-cv-01055-RFB-BNW |
| This Document Relates to:<br>    ALL ACTIONS | |

3.     All papers filed in connection with the Consolidated Action will be maintained in one

file under *In re Marathon Digital Holdings, Inc. Derivative Litigation*, Lead Case No. 2:23-cv-01055-

RFB-BNW and all papers and documents previously filed and/or served in the Related Derivative

Actions shall be deemed a part of the record in the Consolidated Action.

4.     This Order shall apply to each shareholder derivative action arising out of the same, or

substantially the same, transactions or events as the Consolidated Action, which is subsequently filed

in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that

properly belongs as part of *In re Marathon Digital Holdings, Inc. Derivative Litigation*, Lead Case

No. 2:23-cv-01055-RFB-BNW is hereafter filed in this Court, removed to this Court, reassigned to

this Court, or transferred here from another court, this Court requests the assistance of counsel in

calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Marathon Digital Holdings, Inc. Derivative Litigation* Lead Case No. 2:23-cv-01055-RFB-BNW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later substantially similar shareholder derivative actions filed in this Court, removed to this Court, reassigned to the Court, or transferred here from another court.

5.     Within fourteen (14) days of consolidation and then selection of lead counsel for plaintiffs in the consolidated action, the Parties shall meet and confer and submit a proposed schedule for the filing of a consolidated complaint and answers, motions to dismiss, and/or other responses. Defendants and Nominal Defendants are not required to answer, move, or otherwise respond to the complaints filed in the Hood Action and the Konigsberg Action until the deadline set forth in the Court's order on the parties' proposed schedule.

6.     This Stipulation is without prejudice to any and all claims or defenses that Plaintiff, Defendants, or the Nominal Defendant may assert.

Respectfully submitted,

Dated: July 28, 2023

**LEVERTY & ASSOCIATED LAW CHTD.**
*/s/Patrick R. Leverty*
Patrick R. Leverty
Reno Gould House
Reno, NV 89502
Tel.: (775) 322-6636
Email: pat@levertylaw.com

*Counsel for Plaintiffs Steve Hood and Gary Konigsberg*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown  (pro hac to be submitted)
767 Third Avenue, Suite 2501
New York, NY 10017
Tel.: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Steve Hood*

4

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (pro hac to be submitted)
275 Madison Avenue 40th Floor
New York, NY 10016
Tel.: (212) 686-1060
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Gary Konigsberg*

Dated: July 28, 2023

**FLANGAS LAW GROUP**
*/s/Kimberly P. Stein*
Kimberly P. Stein
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Tel.: (702) 307-9500
Email: kps@fdlawlv.com

**WEIL, GOTSHAL & MANGES LLP**
Jonathan D. Polkes (pro hac to be submitted)
Stephen A. Radin (pro hac to be submitted)
Caroline Zalka (pro hac to be submitted)
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8770
Email: jonathan.polkes@weil.com
Email: stephen.radin@weil.com
Email: carolyn.zalka@weil.com

*Counsel for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings Inc.*

## <u>ORDER</u>

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT COURT JUDGE**